IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CONTEMPRIS WILLIAMS, *et al.*　　　　　　　　　　　　　　　　　　　PLAINTIFFS

v.　　　　　　　　　　　　　　　　　CIVIL ACTION NO.　2:18-cv-17 KS-MTP

PEARSON'S EXCAVATING & TRUCKING, LLC, *et al.*　　　　　　　DEFENDANTS

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge Michael T. Parker entered herein on July 24, 2018 [6]. With no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation [6] should be adopted as the opinion this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the opinion of this Court, and pursuant to Federal Rules of Civil Procedure 41(b) and 4(m), this matter is DISMISSED WITHOUT PREJUDICE as to David Nixon.

SO ORDERED and ADJUDGED, this the 10th day of August, 2018.

　　　　　　　　　　　　　　　　　　　　/s/ Keith Starrett_____
　　　　　　　　　　　　　　　　　　　　KEITH STARRETT
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE